## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

VICENTE RODRIGUEZ,

    Plaintiff,

v.

ENHANCED RECOVERY COMPANY, LLC,

    Defendant.

_____/

CASE NO.

### PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW the Plaintiff, VICENTE RODRIGUEZ ("Plaintiff"), by and through the undersigned attorneys, KROHN & MOSS, LTD., and for Plaintiff's Complaint against Defendant, ENHANCED RECOVERY COMPANY, LLC ("Defendant"), alleges and affirmatively states as follows:

### INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* (FDCPA).

### JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to 15 U.S.C. § 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Because Defendant conducts business in the State of Florida, personal jurisdiction is established.

4. Venue is proper pursuant to 28 U.S.C. § 1391(b)(2).

VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL    1

## PARTIES

5. Plaintiff is a natural person who resides in Lehigh Acres, Lee County, Florida and is obligated or allegedly obligated to pay a debt and is a "consumer" as that term is defined by 15 U.S.C. § 1692a(3).

6. Plaintiff is informed, believes, and thereon alleges, that Defendant is a national company with a business office in Tallahassee, Florida.

7. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

8. Plaintiff is informed, believes, and thereon alleges, that Defendant uses instrumentalities of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another and is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

## FACTUAL ALLEGATIONS

9. In or around October 2012, Defendant began placing collection calls to Plaintiff seeking and demanding payment for an alleged personal debt.

10. Defendant constantly and continuously placed collection calls to Plaintiff seeking to collect money allegedly owed by a person who is not the Plaintiff.

11. On or around June, 2012, Defendant began placing collection calls to Plaintiff seeking and demanding payment for an alleged consumer debt.

12. Between June 2012 and December 2012, Defendant would place 2-3 calls per day 5 days per week seeking and demanding payment for an alleged consumer debt.

13. Defendant calls Plaintiff at the telephone numbers 239-220-40XX (cell) and 239-368-02XX (home).

14. Defendant calls Plaintiff from telephone number 800-278-2420 which is a number that belongs to Defendant.

15. Plaintiff's does not owe the debt Defendant is attempting to collect and has advised Defendant numerous times that they are calling the wrong person. Regardless, Defendant still continues to contact Plaintiff seeking and demanding payment.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT, (FDCPA), 15 U.S.C. § 1692 et seq.

16. Defendant violated the FDCPA. Defendant's violations include, but are not limited to the following:

   a. Defendant violated §1692d of the FDCPA by engaging in conduct of which the natural result is the abuse and harassment of the Plaintiff.

   b. Defendant violated §1692d(5) of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

**WHEREFORE**, Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

17. Statutory damages of $1,000.00 pursuant to the FDCPA, 15 U.S.C. § 1692k;

18. Costs and reasonable attorney's fees pursuant to the FDCPA, 15 U.S.C. § 1692k; and

19. Any other relief that this court deems to be just and proper.

RESPECTFULLY SUBMITTED,

By: _____
Shireen Hormozdi
Krohn & Moss, Ltd
10474 Santa Monica Blvd., Suite 405
Los Angeles, CA 90025
Phone: (323) 988-2400 ext. 267
Fax: (866) 802-0021
Attorney for Plaintiff
FBN: 0882461