UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

| | | |
|---|---|---|
| VICENTE RODRIGUEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. . 2:13-cv-00265-SPC-DNF |
| | § | |
| ENHANCED RECOVERY COMPANY | § | |
| LLC | § | |
| | § | |
| | § | |
| Defendant. | § | |
| | § | |

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, VICENTE RODRIGUEZ, by and through the undersigned

counsel and hereby informs the court that a settlement of the present matter has been reached and

all parties to the present matter are currently in the process of executing the aforementioned

settlement agreement, which Plaintiff anticipates will be completed within the next 60 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on

calendar for the present matter.

RESPECTFULLY SUBMITTED,

By:  /s/ Shireen Hormozdi
Shireen Hormozdi
Krohn & Moss, Ltd
10474 Santa Monica Blvd., Suite 405
Los Angeles, CA 90025
Phone:  (323) 988-2400 ext. 267
Fax:    (866) 861-1390
Attorney for Plaintiff
FBN: 0882461

1

NOTICE OF SETTLEMENT

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2013, I electronically filed the foregoing Notice of

Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was

submitted to all parties by way of the Court's CM/ECF System

/s/ Shireen Hormozdi
Shireen Hormozdi
Attorney for Plaintiff

NOTICE OF SETTLEMENT